Form ntchrgBK

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:*   John W Lee and Jena Lee            *Case No.:* 19–90746
         *Debtor*

                                             *Chapter:* 13

---

**PLEASE TAKE NOTICE** that a Confirmation Hearing will be held at

   U.S. Courthouse, Courtroom C, 1st Floor, 201 S. Vine Street, Urbana, IL 61802

   on 10/23/19 at 10:00 AM

to consider and act upon the following:

Chapter 13 Plan filed by Debtor John W Lee, Joint Debtor Jena Lee and any objections thereto.


Dated: 10/2/19


                                             __/S/__ Adrienne D. Atkins__
                                             Clerk, U.S. Bankruptcy Court


   Go to ***www.ilcb.uscourts.gov*** for information regarding this court's *mandatory* electronic filing policy.